

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00017-CR

JACOB DEWAYNE MURRAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1755471R

Before Stevens, C.J., van Cleef and Rambin, JJ.

O R D E R

Attorney Mike Berger was appointed to represent Appellant Jacob Dewayne Murray in the appeal of this matter. Currently pending before this Court is a motion to substitute counsel filed by attorney Robert M. Burns. Burns states in his motion that he has been retained to represent Murray on appeal and asks that he be substituted for Berger as counsel of record in this matter. For the reasons set forth below, we have considered and hereby grant Burns's motion.

When an appellant who is represented on appeal by counsel later retains different counsel, Rule 6.5(d) establishes the proper procedure for accomplishing the withdrawal and substitution. TEX. R. APP. P. 6.5(d). Under Rule 6.5, counsel of record—Berger in this case—is required to file a motion to withdraw before newly retained counsel may be substituted. *Id.* The actions taken for the purpose of substituting Burns for Berger as appellate counsel of record in this matter fail to satisfy the procedural requirements established by Rule 6.5. *See id.*

However, as the Seventh Court of Appeals has aptly noted, "The purpose of Rule 6.5 is to [ensure] that a party not be unwittingly left unrepresented before an appellate court." *Medlock v. State*, No. 07-15-00359-CR, 2015 WL 6939196, at *1 (Tex. App.—Amarillo Nov. 9, 2015, order) (per curiam) (discussing procedure established by Rule 6.5 of Texas Rules of Appellate Procedure for withdrawing and substituting counsel on appeal). Consequently, we have reviewed the circumstances as represented in Burns's motion to substitute counsel and are comfortable that Murray has received the protection that Rule 6.5 was meant to provide. Further, Murray is free to retain counsel of his choosing. We, therefore, in the interests of justice and judicial economy, (1) utilize Rule 2 of the Texas Rules of Appellate Procedure to suspend the

2

requirement that Berger file a motion to withdraw and (2) grant the motion to substitute Burns for Berger as attorney of record in this appeal. *See* TEX. R. APP. P. 2, 6.5. Burns is now appellate counsel of record in this matter.

IT IS SO ORDERED.

BY THE COURT

Date: February 7, 2023